IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL WEBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV 23-972-R |
| | ) |
| FNU STAR, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Amanda Maxfield Green pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 7], in its entirety.

For the reasons stated therein, this action is DISMISSED WITHOUT PREJUDICE to refiling.

IT IS SO ORDERED this 14th day of December 2023.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE